1  **Marshall Meyers (020584)**
2  **WEISBERG & MEYERS, LLC**
   **5025 North Central Ave., #602**
3  **Phoenix, AZ 85012**
4  **602 445 9819**
   **866 565 1327 facsimile**
5  **mmeyers@AttorneysForConsumers.com**
   **Attorney for Plaintiff**
6

7               **UNITED STATES DISTRICT COURT**

8               **FOR THE DISTRICT OF ARIZONA**

9  Martin Garo,                          )  Case No. CV 10-1301-PHX- NVW
10                                        )
   Plaintiff,                            )  **NOTICE OF SETTLEMENT**
11                                        )
12      vs.                               )
                                         )
13 Gurstel, Staloch & Chargo, PA,        )
14                                        )
   Defendant.                            )
15

16      **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the

17 District Court of Arizona, Plaintiff's Notice of Settlement with all claims pending having

18 been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days

19

20 within which to complete the settlement and to file a Dismissal in this matter. This Court

21 shall retain jurisdiction over this matter until fully resolved.

22

23

24              Dated this 17th day of December, 2010.

25                      By: s/Marshall Meyers
26                         Marshall Meyers (020584)
                           **WEISBERG & MEYERS, LLC**
27

28

                              Notice of Settlement

1

Filed electronically on this 17th day of December, 2010, with:

2

United States District Court CM/ECF system

3

4

Notification sent electronically via the Court's ECF system on this 17th day of
December, 2010 to:

5

6

Jennifer E. Wiedle
Gurstel Chargo, P.A.

7

64 East Broadway Road, Suite 255
Tempe AZ 85282

8

9

10

By: s/Jessica DeCandia
        Jessica DeCandia

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Settlement